# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| LYNDA GAY CROSBY, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> COMMISSIONER OF SOCIAL § <br> SECURITY ADMINISTRATION, § <br> § <br> *Defendant*. § | CIVIL ACTION NO. 1:19-CV-00630 |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Keith F. Giblin submitted a report, [Dkt. 24], recommending that the Court grant Plaintiff's *Motion for Attorney Fees*, [Dkt. 22], under the Equal Access to Justice Act. No party has filed objections. The Court **ORDERS** that the *Report and Recommendation* of the United States Magistrate Judge, [Dkt. 24], is **ADOPTED**. The Court further **ORDERS** that the *Motion for Attorney Fees*, [Dkt. 22], is **GRANTED**. The Commissioner of Social Security is directed to pay Plaintiff, Lynda Gay Crosby, attorney fees under the Equal Access to Justice Act in the amount of $4,403.28 as recommended in Judge Giblin's report. It is finally **ORDERED** that the Commissioner mail this award to Plaintiff in care of her attorney, Howard D. Olinsky, at the attorney's office address. This award is subject to any beneficial, contractual, and/or assignment-based interests held by counsel.

**SIGNED this 17th day of May, 2021.**

Michael J. Truncale
United States District Judge